DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSHUA DAVIS,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE COMPANY,**
Appellee.

No. 4D21-2915

[June 30, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 50-2020-CC-007651-XXXX-MB.

John H. Pelzer of Greenspoon Marder LLP, Fort Lauderdale, and Maria I. Fuxa of Geyer Fuxa Tyler, Sunrise, for appellant.

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***